**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

<table>
<tr><td>

**MALAIKA BROOKS**,

       Plaintiff - Appellee,

  v.

**CITY OF SEATTLE**,

       Defendant,

  and

**STEVEN L. DAMAN, in his capacity as an officer of the Seattle Police Department; DONALD M. JONES, in his individual capacity as an officer of the Seattle Police Department; JUAN M. ORNELAS, in his individual capacity as an officer of the Seattle Police Department**,

       Defendants - Appellants.

</td><td>

No. 08-35526

D.C. No. 2:06-cv-01681-RAJ

**ORDER**

</td></tr>
</table>

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.